**No. 26-2473**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

---

AFTERSCHOOL FOR CHILDREN AND TEENS (ACT) NOW COALITION and METROPOLITAN FAMILY SERVICES,

*Plaintiffs-Appellants*,

v.

UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON,

*Defendants-Appellees*.

---

On Appeal from the United States District Court for the Northern District of Illinois
No. 1:25-cv-15704 (Honorable Martha M. Pacold)

---

**DOCKETING STATEMENT**

---

Jocelyn (Josie) E. Skinner (*pro hac vice*)
Emily K. Merolli (*pro hac vice*)
SLIGO LAW GROUP, PLLC
1717 K St. NW, Suite 900
Washington, DC 20006
Telephone: (202) 888-2084

Scott C. Solberg (No. 6204487)
Elizabeth M. Hady (No. 6316542)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718

Aneel L. Chablani (No. 6242658)
Michael R. Ortega (No. 6339469)
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
25 E. Washington St., Suite 1300
Chicago, IL 60602
Telephone: (312) 630-9744
Fax: (312) 630-1127

*Attorneys for Plaintiffs-Appellants Afterschool for Children and Teens (ACT) Now and Metropolitan Family Services*

Pursuant to Circuit Rule 3(c) and Circuit Rule 28(a), Plaintiffs-Appellants Afterschool for Children and Teens (ACT) Now and Metropolitan Family Services ("Appellants") respectfully submit this Docketing Statement.

## I. District Court Jurisdiction

On December 29, 2025, Appellants filed an eight-count complaint in the United States District Court for the Northern District of Illinois against Defendants-Appellees U.S. Department of Education and Linda McMahon, in her official capacity as the Secretary of the U.S. Department of Education ("Appellees"). (Compl., Dkt. 1 at ¶¶ 51–113.)[1] The district court had federal question jurisdiction under 28 U.S.C. § 1331 over Counts I – VI because those claims arise under the Fifth Amendment and Spending Clause of the United States Constitution and the laws of the United States, including the Administrative Procedure Act, 5 U.S.C. §§ 701–06, and other federal statutes and regulations governing the administration of federal education grants. (*Id.* at ¶¶ 51–97.) The district court also had federal question jurisdiction under 28 U.S.C. § 1331 over Counts VII – VIII because those claims arise under the First Amendment of the United States Constitution. (*Id.* at ¶¶ 98–113.) On June 26, 2026, the district court issued two orders: (1) an order granting Appellees' motion to dismiss Counts I – VI of Appellants' complaint; and (2) an order denying Appellants' motion for a preliminary injunction. This is an appeal of the denial of the preliminary injunction only.[2] (Order, Dkt. 60; Order, Dkt. 62.)

---

[1] Because the appellate record has not been compiled yet, Appellants cite the district court's docket in the underlying litigation captioned as *Afterschool for Children and Teens (ACT) Now Coalition and Metropolitan Family Services v. U.S. Department of Education and Linda McMahon*, No. 1:25-cv-15704 (N.D. Ill.).

[2] Appellants expressly reserve their right to appeal the district court's ruling on the motion to dismiss.

## II. Appellate Jurisdiction

On July 13, 2026, Appellants filed their Notice of Appeal seventeen days after the district court issued its order denying Appellants' motion for a preliminary injunction. (Notice, Dkt. 66.). This Court has appellate jurisdiction under 28 U.S.C. § 1291(a)(1) because this is an appeal challenging the district court's refusal to issue a preliminary injunction.

## III. Prior or Related Appeals

There are no prior or related appeals in this case.

## IV. Counsel of Record

Scott C. Solberg (No. 6204487)
Elizabeth M. Hady (No. 6316542)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
ssolberg@eimerstahl.com
ehady@eimerstahl.com

Aneel L. Chablani (No. 6242658)
Michael R. Ortega (No. 6339469)
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
25 E. Washington St., Suite 1300
Chicago, IL 60602
Telephone: (312) 630-9744
Fax: (312) 630-1127
achablani@cclrul.org
mortega@clccrul.org

Jocelyn (Josie) E. Skinner (*pro hac vice*)
Emily K. Merolli (*pro hac vice*)
SLIGO LAW GROUP, PLLC
1717 K St. NW, Suite 900
Washington, DC 20006
Telephone: (202) 888-2084

josie@sligolawgroup.com
emily@sligolawgroup.com

Patrick Johnson, Assistant U.S. Attorney
Thomas Cull, Assistant U.S. Attorney
OFFICE OF THE UNITED STATES ATTORNEY
219 S. Dearborn Street, Suite 900
Chicago, IL 60604-0000
Direct: 312-886-4190
patrick.johnson2@usdoj.gov
thomas.cull@usdoj.gov

**V. Additional Requirements of Circuit Rule 3(c)(1)**

This is a civil case that does not involve any prisoners as parties and therefore 28 U.S.C. §1915(g) is inapplicable. Defendant-Appellee Linda McMahon is being sued in her official capacity as Secretary of the U.S. Department of Education, and she is the current occupant of the office. This case does not involve a collateral attack on a criminal conviction.

Dated: July 20, 2026

Respectfully submitted,

_/s/ Jocelyn Skinner_

Jocelyn (Josie) E. Skinner (*pro hac vice*)
Emily K. Merolli (*pro hac vice*)
SLIGO LAW GROUP, PLLC
1717 K St. NW, Suite 900
Washington, DC 20006
Telephone: (202) 888-2084

_/s/ Aneel Chablani_

Aneel L. Chablani (No. 6242658)
Michael R. Ortega (No. 6339469)
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
25 E. Washington St., Suite 1300
Chicago, IL 60602
Telephone: (312) 630-9744
Fax: (312) 630-1127

_/s/ Scott C. Solberg_

Scott C. Solberg (No. 6204487)
Elizabeth M. Hady (No. 6316542)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718

*Attorneys for Plaintiffs-Appellants Afterschool for Children and Teens (ACT) Now and Metropolitan Family Services*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 20, 2026, the foregoing document was electronically field with the Clerk of Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. The undersigned certifies that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Scott C. Solberg*
Scott C. Solberg