# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 21, 2026

Before
REBECCA TAIBLESON, *Circuit Judge*

| | |
|---|---|
| No. 26-2473 | AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES,<br>Plaintiffs - Appellants<br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-15704<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold | |

The following are before the court:

1. **APPELLANTS' MOTION TO EXPEDITE APPEAL**, filed on July 15, 2026, by counsel for the appellants.

2. **APPELLEES' RESPONSE TO MOTION TO EXPEDITE APPEAL**, filed on July 20, 2026, by counsel for the appellees.

**IT IS ORDERED** that the motion to expedite is **GRANTED** to the extent that briefing in this appeal will proceed as follows:

1. The brief and required short appendix of the appellants are due by August 4, 2026.

2. The brief of the appellees is due by September 3, 2026.

3. The reply brief of the appellants, if any, is due by September 24, 2026.

Extensions of time will not be granted except in extraordinary circumstances. The case will be scheduled for oral argument as soon as this court's calendar allows.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief. See Cir. R. 34(b)(3), (4). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_3J** (form ID: **177**)