# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

August 5, 2026

| | |
|---|---|
| No. 26-2473 | AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES, <br> Plaintiffs - Appellants <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON, <br> Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-15704 |
| Northern District of Illinois, Eastern Division |
| District Judge Martha M. Pacold |

**To:**    Mr. Aneel Lachman Chablani
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
25 E. Washington Street
Suite 1300
Chicago, IL 60602-0000

Elizabeth Hady
EIMER STAHL LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604-2516

Mr. Michael R. Ortega
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
25 E. Washington Street

Suite 1300
Chicago, IL 60602-0000

Ms. Jocelyn Eskow Skinner
SLIGO LAW GROUP, PLLC
1717 K Street, N.W.
Suite 900
Washington, DC 20006

Scott C. Solberg
EIMER STAHL LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604-2516

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within seven (7) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** <u>only</u> the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the seven (7) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

A short conclusion is required **<u>with counsel's signature</u>**. See Fed. R. App. P. 28(a)(9).

The brief is untimely pursuant to Fed. R. App. P. 26(a) and must be accompanied with the appropriate motion.

The resubmission will be deemed timely if the electronic filing is accomplished within seven (7) days of this notice (by 11:59 pm on the seventh day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____

NV

NOTE:    Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.

form name: **c7_Brief_Deficiency_Letter**    (form ID: **187**)