# In the United States Court of Appeals

## FOR THE SEVENTH CIRCUIT

AFTERSCHOOL FOR CHILDREN AND TEENS (ACT NOW) and METROPOLITAN FAMILY SERVICES,

*Plaintiffs-Appellants*,

*v.*

UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON,

*Defendants-Appellees*.

On Appeal from the United States District Court for the Northern District of Illinois
No. 1:25-cv-15704 (Honorable Martha M. Pacold)

## MOTION FOR LEAVE TO FILE APPELANTS' BRIEF *INSTANTER*

Jocelyn (Josie) E. Skinner
(*application for admission pending*)
Emily K. Merolli
(*admission for application pending*)
SLIGO LAW GROUP, PLLC
1717 K St. NW, Suite 900
Washington, DC 20006
Telephone: (202) 888-2084

Scott C. Solberg (No. 6204487)
Elizabeth M. Hady (No. 6316542)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718

Aneel L. Chablani (No. 6242658)
Michael R. Ortega (No. 6339469)
CHICAGO LAWYERS' COMMITTEE FOR
CIVIL RIGHTS
25 E. Washington St., Suite 1300
Chicago, IL 60602
Telephone: (312) 630-9744
Fax: (312) 630-1127

*Attorneys for Plaintiffs-Appellants*
*Afterschool for Children and Teens (ACT)*
*Now and Metropolitan Family Services*

**NOW COMES** Plaintiffs-Appellants Afterschool for Children and Teens (ACT NOW) and Metropolitan Family Services, by and through undersigned counsel, and respectfully moves this Honorable Court for leave to file the Appellants' opening brief *instanter*, and in support thereof states as follows:

1.  The Court's scheduling order required the filing of the Appellants' opening brief on or before August 4, 2026.

2.  Due to unanticipated technological issues with assembling the final table of authorities, and despite diligent efforts, the opening brief was filed at 12:00:17 AM on August 5, 2026, a very slight delay of 18 seconds past the August 4 filing deadline. The brief also omitted a signature from counsel below the conclusion.

3.  On August 5, 2026, this Court issued a deficiency letter instructing Appellants to file a motion seeking leave to file their brief *instanter*.

4.  Upon receiving the Court's deficiency letter, counsel acted immediately to prepare and submit the corrected brief along with this motion.

5.  This request is made in good faith and not for purposes of delay. Granting this motion will not prejudice the opposing party, as the delay is minimal and no substantive changes are being made.

6.  Counsel for Appellants contacted counsel for Appellees on August 5, 2026, who stated that Appellees do not oppose this motion.

**WHEREFORE**, Plaintiffs-Appellants respectfully request that this Court grant leave to file the Appellants' opening brief *instanter* and accept the attached brief as timely filed.

Dated August 5, 2026

/s/ Scott C. Solberg
SCOTT C. SOLBERG

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2026, I filed the foregoing motion with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

Pursuant to Circuit Rule 31(b), and upon notice of this Court's acceptance of the electronic Motion, along with Appellant's brief for filing *instanter*, I certify that I will cause ten (10) copies of the above-named brief to be transmitted to the Court via Federal Express overnight delivery, delivery charge prepaid, within seven days of that date.

*/s/ Scott C. Solberg*
SCOTT C. SOLBERG