# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 6, 2026

*By the Court*:

| | |
|---|---|
| No. 26-2473 | AFTERSCHOOL FOR CHILDREN AND TEENS NOW (ACT NOW) COALITION and METROPOLITAN FAMILY SERVICES,<br>        Plaintiffs - Appellants<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION and LINDA MCMAHON,<br>        Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-15704<br>Northern District of Illinois, Eastern Division<br>District Judge Martha M. Pacold | |

Upon consideration of the **MOTION FOR LEAVE TO FILE APPELLANTS' BRIEF INSTANTER**, filed on August 5, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**. The clerk shall file **INSTANTER** the electronically submitted opening brief and separate appendix of the appellants.