IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

|  |  |
|---|---|
| ACT NOW COALITION, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>EDUCATION, et al.,<br><br>Defendants-Appellees. | No. 26-2473 |

**NOTICE OF APPEARANCE**

I hereby enter my appearance for defendants-appellees U.S. Department

of Education and Linda McMahon.

Respectfully submitted,

*s/ Daniel Tenny*

Daniel Tenny
Civil Division, Appellate Staff
Department of Justice
950 Pennsylvania Ave., NW, Rm. 7215
Washington, DC 20530
(202) 514-1838
*daniel.tenny@usdoj.gov*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*s/ Daniel Tenny*
Daniel Tenny