EimerStahl LLP

Eimer Stahl LLP
224 S. Michigan Ave, Suite 1100
Chicago, IL 60604
Phone: 312-660-7600

November 20, 2026

**VIA CM/ECF**

Christopher G. Conway
Clerk of the Court
U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re: *Afterschool for Children and Teens Now (ACT NOW) Coalition and Metropolitan Family Services v. U.S. Department of Education and Linda McMahon*, No. 26-2473 (Argued November 12, 2026)

Dear Mr. Conway:

Pursuant to Federal Rule of Appellate Procedure 28(j), Appellants write to advise the Court of a development in *Thakur v. Trump*, 176 F.4th 1187 (9th Cir. 2026), which Appellants discuss in their opening brief. (Br. 24–25.)

On November 16, 2026, the Supreme Court denied the government's certiorari petition. *Trump v. Thakur*, No. 26-210 (Nov. 16, 2026). The petition sought review of the Ninth Circuit's decision, which affirmed the district court's issuance of a preliminary injunction ordering the government to reinstate grants for researchers whose grants were terminated to implement the same Executive Orders at issue here, Nos. 14151 and 14173. *See Thakur*, 176 F.4th at 1194, 1206. The Ninth Circuit held that the district court's finding that the agencies acted to suppress the grantees' viewpoint was "well supported by the record," pointing to the agencies' own statements. *Id.* at 1201 (citing EPA's press release stating it had "cancelled grants and contracts related to DEI"). That was enough to show that the terminations were "aimed at the suppression of viewpoints with which the government disagrees" and thus "likely violates the First Amendment." *Id.* at 1203.

Following issuance of the same two Executive Orders as in *Thakur*, here the Department of Education announced it was "tak[ing] action to eliminate harmful [DEI] initiatives" and directed staff to ensure that its grants "do not support programs or organizations that promote or take part in diversity, equity, and inclusion." (Br. 9–10 (quoting U.S. Dep't of Educ., *Department of Education Takes Action to Eliminate DEI*, Press Release (Jan. 23, 2025); U.S. Dep't of Educ., *Directive on Department Grant Priorities* (Feb. 5, 2025)). But unlike the district court in *Thakur*, here the

district court failed to mention, let alone address, the Executive Orders, the Department's press release, or the Department's internal directive, all of which Plaintiffs cited in their preliminary injunction briefing.

The Supreme Court did not articulate a reason for the denial, which leaves in place the district court's finding, and the Ninth Circuit's affirmance, that the grantees in *Thakur* are likely to succeed on the merits of their First Amendment claims.

Respectfully,

*/s Jocelyn E. Skinner*
Jocelyn (Josie) E. Skinner (pro hac vice)
Emily K. Merolli (pro hac vice)
SLIGO LAW GROUP, PLLC
Washington, DC 20006
Telephone: (202) 888-2084
josie@sligolawgroup.com
emily@sligolawgroup.com

*/s Aneel L. Chablani*
Aneel L. Chablani (No. 6242658)
Michael R. Ortega (No. 6339469)
CHICAGO LAWYERS' COMMITTEE FOR CIVIL RIGHTS
25 E. Washington St., Suite 1300
Chicago, IL 60602
Telephone: (212) 630-9744
Fax: (312) 630-1127
achablani@clccrul.org
mortega@clccrul.org

*Scott C. Solberg*
Scott C. Solberg (No. 6204487)
Alec Solotorovsky (No. 6297666)
Elizabeth M. Hady (No. 6316542)
EIMER STAHL LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Fax: (312) 692-1718
ssolberg@eimerstahl.com
asolotorovsky@eimerstahl.com

ehady@eimerstahl.com

Attorneys for Plaintiffs Afterschool for Children and Teens (ACT) Now Coalition and Metropolitan Family Services

## CERTIFICATE OF COMPLIANCE

I certify that the above letter complies with the word limitation provided in Fed. R. App. P. 28(j). The body of this letter contains 348 words, starting with "Pursuant" and ending with "claims," as recorded by the word count of the Microsoft Word word-processing system used to prepare the letter.

*/s Scott C. Solberg*

Scott C. Solberg

## CERTIFICATE OF SERVICE

The foregoing Rule 28(j) letter has been electronically filed on November 20, 2026. I certify that I have caused the foregoing letter to be served on all counsel of record via CM/ECF electronic notice on November 20, 2026.

*/s Scott C. Solberg*

Scott C. Solberg